IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02033-RPM

DONNA PRICE,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

      Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE
AND STAY OF PROCEEDINGS AND DIRECTING RESPONSE TO MOTION TO DISMISS

---

On December 7, 2012, the plaintiff filed a motion for extension of the briefing schedule and stay of proceedings [10].  On December 12, 2012, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(1).  It is now

ORDERED that the plaintiff's motion for stay is denied and the plaintiff will respond to the motion to dismiss for lack of jurisdiction.

Dated: December 13th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge