**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 12-cv-02033-RPM**

    DONNA PRICE,

        Plaintiff,

vs.

    AETNA LIFE INSURANCE COMPANY,

        Defendant.

---

**ORDER FOR DISMISSAL**

---

    The Court, having reviewed the parties' Stipulation for Dismissal Without Prejudice [18], filed December 31, 2012,

    HEREBY ORDERS that this case is dismissed without prejudice, with each party bearing their own attorneys fees and costs.

    Date: January 3, 2013

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge